IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELO GRIECO,<br>    *Plaintiff,*<br><br>v.<br><br>ALACRITY ADJUSTING SOLUTIONS, LLC,<br>    *Defendant.* | Civil No. 24-3024 |

## ORDER

**AND NOW**, this 23rd day of September 2025, upon consideration of Defendant Alacrity Adjusting Solutions, LLC's Motion to Dismiss (ECF No. 6), the response and reply, it is hereby **ORDERED** that the motion is **GRANTED** for the reasons set forth in the accompanying memorandum. Plaintiff's Complaint is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

_____
MARY KAY COSTELLO
United States District Judge